# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALWAJIH ENTERPRISE, INC.,<br><br>    Defendant. | Case No. 1:23-cv-00331-SAB<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 13) |

On September 29, 2023, the parties filed a stipulation to allow Plaintiff to file a first amended complaint in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file his first amended complaint within five (5) calendar days of the date this Order is filed; and

2. Defendant shall file a responsive pleading within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: __October 2, 2023__            _____
                                       UNITED STATES MAGISTRATE JUDGE

1